**995** CRANE vs. SECRETARY OF STATE, 51 M., 195.

To compel respondent to issue patents for certain State lands.
Denied July 2, 1883.

Held, that the power did not reside in respondent, but in the governor.

**996** JENKING vs. SECRETARY OF STATE, 79 M., 305.

To compel the filing of articles of association under Act No. 187, Laws of 1875.

Denied January 2, 1890.

Held that by Sec. 36 of Act No. 232, Laws of 1885, Act No. 187, Laws of 1875 is repealed; and that said Act No. 232, Laws of 1885, in so far as it authorizes the formation of corporations for manufacturing or mercantile purposes, or any union of the two, is valid legislation, and any corporation organized under it can be created for all of its purposes.

**997** ISLE ROYAL LAND CORPORATION vs. SECRETARY OF STATE, 76 M., 162.

To compel respondent to file a copy of relators' articles of association, under How. Stat., Sec. 4098.

Denied July 11, 1889.

**998** CENTRAL OIL-GAS STOVE CO. vs. SECRETARY OF STATE, No. 12736.

To compel the recording of articles of association.
Granted May 4, 1892.

Relator, a foreign corporation, refused to pay the franchise fee provided for by Act No. 182, Laws of 1891, hence the refusal to record the articles.